**Order entered December 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01241-CR

### LORI LEE VALENTI, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 15-50083-CC-M**

## ORDER

The Court has before it the parties' joint motion to abate the appeal due to the death of appellant. Attached to the motion is a copy of the police report regarding the incident leading to appellant's death. Accordingly, pursuant to Texas Rule of Appellate Procedure 7.1(a)(2), we **PERMANENTLY ABATE** this appeal.

/s/    LANA MYERS
        JUSTICE